■ HOWARD RAYMOND et al., Plaintiffs, v CITY OF NEW YORK et al., Defendants. MORTON BUCKVAR, ESQ., Nonparty Appellant, v GERSOWITZ, LIBO & KOREK, P.C., Nonparty Respondent. [988 NYS2d 881]—

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered July 15, 2013, which apportioned 15% of the contingency fee earned in the underlying personal injury cases to outgoing counsel Morton Buckvar, Esq. and 85% to incoming counsel Gersowitz, Libo & Korek, P.C., unanimously affirmed, without costs.

Having considered "the amount of time spent by the attorneys on the case, the nature and quality of the work performed[,] . . . the relative contributions of counsel toward achieving the outcome" (*Diakrousis v Maganga*, 61 AD3d 469, 469 [1st Dept 2009]), "the amount recovered" (*Castellanos v CBS Inc.*, 89 AD3d 499, 499 [1st Dept 2011]), and "the experience, ability and reputation of the attorneys" (*Martin v Feltingoff*, 7 AD3d 467, 468 [1st Dept 2004], *lv denied* 3 NY3d 608 [2004]), we find that the allocation of the fee by the trial judge to Buckvar was appropriate. Concur—Renwick, J.P., Richter, Manzanet-Daniels and Gische, JJ.

Motion seeking to correct record on appeal denied.